```
         IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF COLUMBIA
```

David C. Sharp,                         :

    Plaintiff,                      :

    v.                              :  Case No. 1:07-CV-01670

                                                    :

Naan and Beyond, Inc.

    Defendant.                      :

### RETURN OF SERVICE

Attached hereto is the Affidavit of Service of Lloyd Ferguson, a private process server, indicating that he served defendant's resident agent, Louis Nichols, with the summons and complaint in the above matter on October 9th, 2007.

Date: <u>October 11, 2007</u>

                                          Respectfully submitted:

                                          <u>/s/Joel R. Zuckerman</u>
                                          Joel R. Zuckerman
                                          D.C. Bar No. 480152
                                          Maxwell & Barke LLC.
                                          51 Monroe Place, Suite 806
                                          Rockville, Maryland 20850
                                          (301)309-8300 (Voice)
                                          (301)309-8303 (Facsimile)
                                          Zuckerman@maxlaw.us

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:07-CV-01670

Plaintiff:
**David C. Sharp**

vs.

Defendant:
**Naan and Beyond, Inc.**

Received by ESQ Process Servers to be served on **Naan and Beyond, Inc. c/o Resident Agent, Louis N. Nichols, 7219 Western Avenue, NW, Washington, DC 20015**.

I, Lloyd Ferguson, being duly sworn, depose and say that on the **9th day of October, 2007** at **8:13 pm**, I:

served a **RESIDENT AGENT** by delivering a true copy of the **Summons in a Civil Case and Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **Louis Nichols** as **Resident Agent** at the address of: **7219 Western Avenue, Nw, Washington, DC 20015** on behalf of **Naan and Beyond, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 10th day of October, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Comm Exp- 1-1-2011

Lloyd Ferguson
Process Server

**ESQ Process Servers**
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2007015343
Ref: David C. Sharp

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David C. Sharp

**SUMMONS IN A CIVIL CASE**

V.

Naan and Beyond, Inc.

Case: 1:07-cv-01670
Assigned To : Kennedy, Henry H.
Assign. Date : 9/20/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Naan and Beyond, Inc.
serve on resident agent
Louis N. Nichols
7219 Western Ave, NW
Washington, DC 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel R. Zuckerman
Maxwell & Barke LLC
51 Monroe Pl, Suite 806
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 20 2007
CLERK                                   DATE

(By) DEPUTY CLERK