United States District Court
District of Columbia

David C. Sharp

      V.

Naan and Beyond, Inc.

Case No.: Case 1:07-cv-01670
Assigned to : Kennedy, Henry H.
Assign Date: 09/20/2007
Description: Civil Rights-Non-Employ.

## ANSWER TO COMPLAINT FOR DECLARATORY INJUCTIVE RELIEF

The Defendant Naan and Beyond, Inc. is not a proper party being sued. This Corporation does not operate this Restaurant at 1708 L Street NW Washington DC.

### Jurisdiction and Venue

Para 1 is denied this Corporation does not operate this Restaurant at 1708 L Street NW Washington DC.

Para 2 is denied this Corporation does not operate this Restaurant at 1708 L Street NW Washington DC.

Para 3 is denied this Corporation does not operate this Restaurant at 1708 L Street NW Washington DC.

### Parties

Para 4 is denied for lack of knowledge.

Para 5 is denied. The Defendant Naan & Beyond Inc. does not operate any Restaurant at this Address.

### The Restaurant is a Public Accommodation

Para 6 is admitted.

### ADA Prohibition of Discrimination by Public Accommodation

Para 7, the Defendant Naan & Beyond Inc. is not operating any Restaurant at this Address and thus cannot discriminate against any person.

### Architectural Barriers to Access

Para 8, the Defendant is not in violation and it does not know of any Architectural Barriers as it does not operate any Restaurant at this Address.

Para 9, the Defendant has not discriminated against any person especially persons with disability as it does not operate any Restaurant at this Address.

### Failure to Remove Barriers and/or Modify Policies: Unlawful Discrimination

Para 10 is Denied. The Defendant does not operate any Restaurant at this Address.

### Standing: Sharp's Visit and Intention to return to the Restaurant

Para 11 is denied for lack of knowledge as it not aware of any Architectural Barrier stated in the plaint.

Para 12 is Denied for lack of knowledge.

The suit may please be dismissed with costs as Defendant does not operate any Restaurant at this Address.  It is prayed accordingly.

Raj K. Bhagat